■ NERY ESCOBAR, Individually and on Behalf of SERGIO ESCOBAR, JR., and Another, Infants, Respondent, v SEATRAIN LINES, INC., Appellant. — Order, Supreme Court, New York County (Greenfield, J.), entered October 15, 1982, which granted reargument and, upon reargument, vacated a prior order, entered January 26, 1978, and denied the motion to dismiss for *forum non conveniens*, unanimously affirmed, with costs and disbursements. We find no abuse of discretion and affirm the denial of the motion to dismiss on the ground of *forum non conveniens*. As conceded by Special Term there was extensive delay between the time of submission and decision. Neither the record nor inquiries on argument provides an explanation. Concur — Sullivan, J. P., Ross, Fein, Milonas and Kassal, JJ.